**Order entered September 21, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00205-CV

## IN RE BYRON CURTIS COOK, TRADE RARE, L.L.C., AND JOEL HOCHBERG, Relators

**Original Proceeding from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-04885-2016**

## ORDER
**Before the Court En Banc**

Before the Court is relators' August 24, 2020 motion for reconsideration en banc. Real parties are requested to file a response, if any, within **TWENTY DAYS** of the date of this order.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE